NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERANTH, INC.,**
*Plaintiff-Appellant*

**v.**

**OLO INC.,**
*Defendant-Appellee*

---

2021-1211

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00518-LPS, Judge Leonard P. Stark.

---

## JUDGMENT

---

RICHARD CHARLES WEINBLATT, Stamoulis & Weinblatt LLC, Wilmington, DE, argued for plaintiff-appellant.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee.  Also represented by LOWELL D. MEAD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| October 8, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |